UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:10-cv-166-D

MELISSA MYERS,

        Plaintiff,

  v.

SESSOMS & ROGERS, P.A.;
LEE C. ROGERS; and
LVNV FUNDING, LLC,

        Defendants.

**DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3,

<u>Lee C. Rogers</u> who is <u>Defendant</u>,
   (name of party)      (plaintiff/defendant/other: _____)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

       ( ) Yes         (X) No

2.    Does party have any parent corporations?

       ( ) Yes         (X) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.    Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

       ( ) Yes         (X) No

If yes, identify all such owners:

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    (  ) Yes            (X) No

If yes, identify entity and nature of interest:

5.      Is party a trade association?

    (  ) Yes            (X) No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.      If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Date:  June 14, 2010

        Ellis & Winters, LLP

        /s/ Dauna L. Bartley
        Jeffrey M. Young  (N.C. Bar No. 21319)
        Dauna L. Bartley (N.C. Bar No. 38016)
        1100 Crescent Green Drive, Suite 200
        Cary, NC  27518
        Telephone:  (919) 865-7000
        Facsimile:  (919) 865-7010
        jeff.young@elliswinters.com
        dauna.bartley@elliswinters.com

        ***Attorneys for Defendants***